# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00266-CR

**Randall Arthur Hazel, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR-2014-020, HONORABLE DIP WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Randall Arthur Hazel has filed a motion to withdraw and dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed: August 11, 2015

Do Not Publish